IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MELISSA C. GRONA )
) No. 3-12-0039
v. )
)
CITIMORTGAGE, INC. )

O R D E R

On March 5, 2012, the defendant filed a motion to dismiss (Docket Entry No. 19) the plaintiff's amended complaint (Docket Entry No. 15).

In accord with the order February 23, 2012 (Docket Entry No. 17), the plaintiff shall have until March 19, 2012, to file a response to the motion. The defendant shall have until March 26, 2012, to file a reply, if necessary.

No other filings in support of or in opposition to the pending motion to dismiss shall be made except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

There shall be no stay of discovery during the pendency of the motion to dismiss.

The Clerk is directed to forward the file in this case to Chief Judge Campbell for his consideration of the defendant's pending motion to dismiss and accompanying memorandum (Docket Entry Nos. 19-20), the plaintiff's response to be filed by March 19, 2012, and any reply, if necessary, to be filed no later than March 26, 2012.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge